# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 05-1038-CV-W-FJG |
| vs. ) ) | |
| DEMTECH, INC. et al., ) ) | |
| Defendants. ) | |

## ORDER

The Court held a discovery dispute teleconference in this matter on July 12, 2006, at 11:30 a.m. The parties disputed whether plaintiff should be required to provide definitions for the terms "physical injury," "tangible property," and "loss of use." As ordered in the teleconference, no further definition of these terms is required. Defendant Midwest Foundation Company shall respond to plaintiff's interrogatories and requests for admissions, using the plain and ordinary meaning of the terms "physical injury," "tangible property," and "loss of use," within 10 days of this Order.

**IT IS SO ORDERED.**

                                                 /s/ FERNANDO J. GAITAN, JR.
                                                 Fernando J. Gaitan, Jr.
                                                 United States District Judge

Dated: July 12, 2006.
Kansas City, Missouri.